IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-157-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| DAVID KAREEM TURPIN | : |

### PRELIMINARY ORDER OF FORFEITURE

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant, pursuant to 18 U.S.C. § 981(a)(1)(C), as proceeds of the unlawful activity of the defendant as charged in the Criminal Indictment.

The defendant pled guilty to Counts Four and Five of the Criminal Indictment, that is, to offenses in violation of 18 U.S.C. § 1951 (Robbery) and 18 U.S.C. § 924(c)(1)(A)(ii) (Firearm violation), and agreed to forfeit the property listed in the Criminal Indictment and traceable to the offense in Count Four, that is, an amount of $30,000.00, inclusive of the $13,786.00 in cash recovered. Forfeiture is sought for the amount recovered, $13,786.00, and the remaining $16,214.00.

By virtue of the defendant's guilty plea and agreement, the United States is now entitled to the defendant's interest in $30,000.00, inclusive of the $13,786.00 in cash recovered. Forfeiture is sought for the amount recovered, $13,786.00 in

1

U. S. currency, and the remaining $16,214.00, pursuant to 18 U.S.C. § 981;

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. That based upon the defendant's guilty plea and agreement, the above-listed $30,000.00, inclusive of the $13,786.00 in cash recovered, is forfeited to the United States for disposition in accordance with the law.

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

3. Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

4. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the $13,786.00 in U. S. currency in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and

sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

5. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This **8** day of **August**, 2018.

*J. Dever*
JAMES C. DEVER, III
Chief United States District Judge