UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-157-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONSENT ORDER |
| v. | ) | FOR RESTITUTION |
| | ) | |
| DAVID KAREEM TURPIN | ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

Pursuant to 18 U.S.C. §§ 3663A and 3664, Defendant and the United States have agreed and stipulated that Defendant owes $5,432.72 for lost wages, and $758.04 for medical expenses incurred for counseling services. Defendant and the United States agree that restitution is due and payable in full immediately and that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that Defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $6,190.76 to the victim, C.P., in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and

payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this **22** day of August, 2018.

_____
JAMES C. DEVER III
Chief United States District Judge