UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-157-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| DAVID KAREEM TURPIN | |

On motion of the Defendant, David Kareem Turpin, and for good cause shown, it is hereby ORDERED that **DE 106** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **28** day of September, 2022.

JAMES C. DEVER III
United States District Court Judge